
FILED
JAN 26 2017
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, et al.,<br><br>　　　　　Debtors.<br><br>———<br><br>TIMOTHY L. BLIXSETH,<br><br>　　　　　Appellant,<br><br>vs.<br><br>STEPHEN R. BROWN, GARLINGTON, LOHN & ROBINSON, PLLP,<br><br>　　　　　Appellees. | No. CV-13-32-BU-SEH<br><br>On Appeal from the United States Bankruptcy Court for the District of Montana<br><br>Case No. 08-61570-11-RBK<br><br>Jointly Administered with 08-61571 and 08-61572, 08-61573<br><br>**ORDER** |

On November 18, 2016, the Ninth Circuit Court of Appeals filed its Opinion affirming in part, vacating in part and remanding in part this matter back "for the bankruptcy court to consider whether Brown is entitled to derived judicial immunity for Blixseth's post-petition claims" and "Blixseth's post-petition claims

for further proceedings consistent with this opinion."[1] Mandate issued on January 20, 2017.[2]

ORDERED:

This case is remanded to the United States Bankruptcy Court for the District of Montana for proceedings consistent with the Ninth Circuit's November 28, 2016, Opinion.

DATED this 26th day of January, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 69 at 13-14.

[2] Doc. 71.